# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2010

Marilyn Kelly,
Chief Justice

140357

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

　　　　　　　　　　　　　　　　　　　SC: 140357
　　　　　　　　　　　　　　　　　　　COA: 294512
　　　　　　　　　　　　　　　　　　　Kent CC: 06-004144-FC,
　　　　　　　　　　　　　　　　　　　06-004147-FC, 06-004149-FC

JAMES ROBERT SMITH,
　　　　Defendant-Appellant.

_____/

　　　　On order of the Court, the application for leave to appeal the November 20, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2010

*Corbin R. Davis*
Clerk

y0419